THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENNIS J. PENNENGA, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Appeal from an order of the Supreme Court, Washington County Special Term which dismissed a writ of habeas corpus. Appellant pleaded guilty to grand larceny, second degree, and was sentenced as a second felony offender for a term of from five to ten years, less jail time. He has been paroled and returned to prison for a violation of parole. His maximum term has not yet expired. Appellant argues here that his commitment to a State prison was illegal in that the indictments upon which he was convicted were defective. An objection to the form of an indictment is not within the scope of habeas corpus. Such an objection must be taken by demurrer (Code Crim. Pro., § 321). Relator, who was represented by counsel, failed to demur. Order unanimously affirmed, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Arbitration between KRAFT FOODS COMPANY, Respondent, and EDWARD J. COUGHTRY, as President of Milk, Ice Cream Drivers, and Dairy Employees' Union, Local No. 787, of International Brotherhood of Teamsters, A. F. of L., et al., Appellants.— Appeal from an order of the Supreme Court, Albany County Special Term which directed arbitration of a dispute between the parties as to whether certain employees would have to become members of the Milk, Ice Cream Drivers, Dairy Employees' Union, Local No. 787, of the International Brotherhood of Teamsters, American Federation of Labor. Order unanimously affirmed, with $10 costs, upon the memorandum of the court at Special Term. (204 Misc. 959.) Prec t — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.